IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DISCON GREEN, | |
| Petitioner, | CIVIL ACTION NO.: 2:24-cv-2 |
| v. | |
| WARDEN, FCI JESUP, | |
| Respondent. | |

## O R D E R

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 5. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 15th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA