# In the United States District Court for the Southern District of Georgia Brunswick Division

DISCON GREEN,

    Petitioner,

v.

WARDEN, FCI JESUP,

    Respondent.

2:24-cv-2

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Discon Green ("Green") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT as unopposed** Respondent's Motion to Dismiss, **DISMISS without prejudice** Green's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Green *in forma pauperis* status on appeal.

**SO ORDERED**, this 13 day of May, 2024.

                        HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA